HARRIET PORTMAN, Respondent, v. JOHN FEDERICI, Appellant. JOSEPH SCHEPP

and Others, Defendants.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ.